UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CURRY,<br><br>                Plaintiff,<br>  v.<br><br>BRIAN W. JUDD, PH.D, P.C.,<br><br>                Defendant. | No. C09-5567 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  30th  day of October, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1