UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM CURRY,

    Plaintiff,

v.

BRIAN W. JUDD, PH.D., P.C.,

    Defendant.

Case No. C09-5567BHS

ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 8) and Petitioner's Objections to the Report and Recommendation (Dkt. 9).

On October 21, 2009, Plaintiff filed a Civil Rights Complaint under 42 U.S.C. § 1983. Dkt. 6. Judge Strombom summarized the complaint and allegations as follows:

> Mr. Curry alleges that on September 25, 2006, Dr. Judd performed a psychological evaluation to determine if Plaintiff fit the criteria for civil detention as a sexually violent predator and that in doing so, Dr. Judd used "junk science" in formulating his conclusion that Mr. Curry meets the criteria of a sexually violent predator. [Dkt. 6], p. 7. Mr. Curry claims that Dr. Judd's diagnosis was made in error and asserts claims against him, including fraud, conspiracy, deliberate indifference, negligence, malpractice and violation of the Fifth, Eighth and Fourteenth Amendments. *Id*., p. 11. Mr. Curry seeks an "unconditional release," and $10,000.00 in damages from Dr. Judd. *Id*., p. 12.

Dkt. 8 at 1-2. Judge Strombom found that the action was not cognizable under 42 U.S.C. § 1983 and recommended that the complaint be dismissed without prejudice prior to service. *Id*. at 1.

ORDER – 1

On November 6, 2009, Plaintiff filed objections. Dkt. 9. Plaintiff raises numerous objections to his complaint being dismissed but fails to provide any reasons or arguments regarding the issue of whether he raises a cognizable claim. Therefore, the Court overrules his objections.

The Court having considered the Report and Recommendation, Plaintiff's objections, and the remaining record, does hereby find and order:

(1) The Court **OVERRULES** Plaintiff's Objections;

(2) The Court adopts the Report and Recommendation; and

(3) This action is **DISMISSED** because Plaintiff has failed to state a cognizable claim under 42 U.S.C. § 1983.

DATED this 10th day of December, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2