AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF WASHINGTON

WILLIAM CURRY

JUDGMENT IN A CIVIL CASE

v.

BRIAN W. JUDD, Ph.D., P.C.*,*

CASE NUMBER: C09-5567BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Plaintiff's Objections;

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Plaintiff has failed to state a cognizable claim under 42 U.S.C. § 1983.

| December 11, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

   *s/CM Gonzalez*
   Deputy Clerk